RECEIVED & FILED

**TINA TODD**
8346 BISMARK SAPPHIRE STREET
LAS VEGAS, NV 89139
Tel:773-816-1559
**In Pro Se:**

'09  OCT 13  A10 :58

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In the matter of:<br>        TINA TODD<br><br>                Debtor, | )   BKS-09-27115-LBR<br>)   Chapter 13<br>)<br>)<br>)<br>)  Hearing Date: 12/10/09<br>)  Hearing Date: 2:30pm |

### MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF LITTON CHASE BANK USA N.A.MORTGAGE AND MOTION TO AVOID LIEN (CLAIM 2-1)PURSUANT TO 11 U.S.C. §506(a) AND §1322

**Now Comes,** TINA TODD, (hereinafter the "debtor"), In Pro Se,

and moves this Court for an Order valuing collateral and

modifying the rights of Creditor LITTON LOAN SERVICING, P.O. BOX

4387, Houston, TX 77210-4387, pursuant to 11 U.S.C. §506(a), and

§1322, and Bankruptcy Rules 3012 and Bankruptcy Rule 3012 and

9014.  In furtherance of this motion,

Debtor states as follows:

1. Debtor filed the instant Chapter 13, Case Number 09-27115-ibr, on 09/14/2009.

2. On the petition date, September 14, 2009, debtor owned real property located at;

   **8346 Bismark Sapphire Street, Las Vegas, NV 89139**

(hereinafter the "Subject Property").    Said Legal description attached and incorporated by reference marked Exhibit "A".

3.    The value of the Subject Property was **$253,842.12** , at the time the instant Petition was filed and has dropped to approximately **$122,000.00,** to date, pursuant to the Clark County Recorders' property profile, attached as Exhibit "D".    Said Comps  attached hereto as Exhibit "B".

4.    At the time of filing the instant petition, the Subject Property was subject to a priority lien ( 1st Mortgage) held by LITTON LOAN SERVICING in an amount of $261,329.33, with an existing (2nd) second Mortgage held by LITTON LOAN SERVICING , in the amount of approximately $60,351.67.    (Litton Billing Statement attached and incorporated by reference, marked Exhibit "C".

5.    Therefore, on the date the instant bankruptcy was filed, no equity existed in the subject Property above the claims of LITTON LOAN SERVICING, with respect to the first mortgage (First Deed Of Trust).

6.    That LITTON LOAN SERVICING, holds the Second Trust Deed securing a note with a principal of said $60,351.67.  This Second Trust Deed was wholly unsecured on the petition date and if the Property were to be sold at auction, GMAC Mortgage would receive nothing with respect to the Second Trust Deed. The MOTION TO AVOID LIEN (CLAIM 2-1)'s claim is wholly

1  unsecured.    This Second Trust Deed was recorded in the Office

2  of the Clark County Recorder as instrument number 20060602-

3  0004790 on 06/02/2006,   Loan No.: 0041202540,

4

5  A.P.N. NO: 177—18-212-050

6  Common Address:    **8346 BISMARK SAPPHIRE Street**
                           **Las Vegas, Nevada 89139**
7

8       7.    Accordingly, therefore the debtor takes the position

9  and requests that the Court Find and state that Litton Loan

10 Servicing , second   (MOTION TO  AVOID LIEN (CLAIM 2-1) claim is

11 Wholly unsecured and should be reclassified as a general

12 unsecured claim to receive pro rata with other general unsecured

13

14 creditors through the debtor's Chapter 13 plan.

15 Dated: October ~~05~~, 2009

                                    Tina Todd
16                                  Debtor In Pro Se
17                                  8346 Bismark Sapphire Street
                                    Las Vegas, Nevada 89139
18                                  (~~702~~) 773-816-1559

19

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

### LEGAL ARGUMENT

In re Zimmer, 313 F.3d 1220 (9th Cir. 2002), the Court stated that a wholly  unsecured  lien holder's claim can be modified and reclassified as a general  unsecured claim pursuant to 11 U.S.C. §506(a), despite the anti-modification language in §1322(b)(2). Specifically, the Court held:

**Section 506(a) divides creditors' claims into**

"secured… claims" and "unsecured claims." Although the conventional interpretation of "secured" might include any claim in which the creditor has a security interest in the debtor's property, § 506(a) makes clear that the status of a claim depends on the valuation of the property. An allowed claim of a creditor secured by a lien on property in which the estate has an interest ... is a secured claim to the extent of the value of such creditor's  interest in the estate's interest in such property ... and is an unsecured  claim to the extent that the value of such creditor's interest ... is less than the amount of such  allowed claim…

To put it more simply, a claim such as a mortgage is not a "secured claim" to the  extent that it exceeds the value of the property that secures it. Under the Bankruptcy Code, "secured claim" is thus a term of art; not every claim that is secured by a lien on property will be considered a "secured claim." Here,

it is plain that PSB Lending's claim for the repayment of its loan is an unsecured claim, because its deed of trust is junior to the first deed of trust, and the value of the loan secured by the first deed of trust is greater than the value of the house.

Accordingly, since MOTION TO AVOID LIEN (CLAIM 2-1)'s claim Is wholly unsecured (in that there is no extant equity above the first mortgage in the

Subject Property), Your Honor should reclassify MOTION TO AVOID LIEN (CLAIM 2-1)'s claim to a general unsecured claim to be received pro rata with like unsecured Creditors.

MOTION TO AVOID LIEN (CLAIM 2-1) should also be stripped of its secured rights under State law since no maintainable security interest in the subject property exists.

Further, the debtor is not required to file an adversary proceeding to achieve the requested relief herein. Debtor may bring a motion to "strip off" MOTION TO AVOID LIEN (CLAIM 2-1)'s consensual lien by motion. See In re Williams, 166 B.R. 615 (Bankr.E.D.Va.1994), In re Fuller, 255 B.R. 300 (Bankr.W.D.Mich.2000), In re Hoskins, 262 B.R. 693 (Bankr.E.D.Mich.2001), In re King, 290 B.R. 641 (Bankr.C.D.Ill.2003), In re Millspaugh, 302 B.R. 90 (Bankr.D.Idaho 2003), Dickey v. Ben. Fin. (In re Dickey) 293 B.R. 360 (Bankr.M.D.Pa.2003), In re Hill, 304 B.R. 800

(Bankr.S.D.Ohio  2003); In re Sadala 294 B.R. 180

(Bankr.M.D.Fla.2003), In re Fisher,289 B.R. 544

(Bankr.W.D.N.Y.2003), In re Robert,313 B.R. 545

(Bankr.N.D.N.Y.2004), In re Bennett, 312 B.R. 843

(Bankr.W.D.Ky.2004).

**WHEREFORE, Debtor prays that this Court:**

1. Find that MOTION TO AVOID LIEN (CLAIM 2-1) is not a holder of a lien on the  Subject Property;

2. Immediately avoid, "Strip off", cancel and extinguish MOTION TO AVOID LIEN (CLAIM 2-1)'s wholly unsecured claim/lien from the Subject Property pursuant to 11 $60,351.67, U.S.C. Section 506(a);

3.  Reclassify MOTION TO AVOID LIEN (CLAIM 2-1)'s claim as a general unsecured  claim to be paid pro rata with other general unsecured creditors through the debtor's chapter 13 plan;

4. Such other relief the Court finds appropriate.

Dated: ~~September~~ _October_ 12th, 2009

TINA TODD, Debtor In Pro Se
8346 Bismark Sapphire Street
Las Vegas, Nevada 89139
~~(702)~~ 773- 816- 1559

### MEMORANDUM OF LAW

*Section 506(a) divides creditors' claims into "secured... claims" and "unsecured claims."  Although the conventional interpretation of "secured" might include any claim in which the creditor has a security interest in the debtor's property, § 506(a) makes clear that the status of a claim depends on the valuation of the property. An allowed claim of a creditor secured by a lien on property in which the estate has an interest ... is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property ... and is an unsecured claim to the extent that the value of such creditor's interest ... is less than the amount of such allowed claim...*

*To put it more simply, a claim such as a mortgage is not a" secured claim" to the  extent that it exceeds the value of the property that secures it. Under the Bankruptcy Code, "secured claim" is thus a term of art; not every claim that is secured by a lien on property will be considered a "secured claim." Here, it is plain that PSB Lending's claim for the repayment of its loan is an unsecured claim, because its deed of trust is junior to the first deed of trust, and the value of the loan secured by the first deed of trust is greater than the value of the house.*

Accordingly, since LITTON LOAN SERVICING (MOTION TO AVOID LIEN (CLAIM 2-1)'s claim is wholly unsecured (in that there is no extant equity above the first mortgage in the Subject Property).  The Court, LITTON LOAN SERVICING should reclassify the MOTION TO AVOID LIEN (CLAIM 2-1)'s claim to a general unsecured claim to be receive pro rata with like unsecured creditors.  That LITTON LOAN SERVICING (MOTION TO AVOID LIEN (CLAIM 2-1) should also be stripped of its secured rights  under State law since no maintainable security interest in the subject and the Clark County Recorded LITTON LOAN SERVICING (2nd) Second

Trust Deed should be expunged from the County records  to give effect to this Court Order.

Further, the debtor is not required to file an adversary proceeding to achieve the requested relief herein. Debtor may bring a motion to "strip off" LITTON LOAN SERVICING, (MOTION TO AVOID LIEN (CLAIM 2-1's) consensual lien by motion. See In re Williams, 166 B.R. 615 (Bankr.E.D.Va.1994), In re Fuller, 255 B.R. 300 (Bankr.W.D.Mich.2000), In re Hoskins, 262 B.R. 693 (Bankr.E.D.Mich.2001), In re King, 290 B.R. 641 (Bankr.C.D. Ill.2003),  In re Millspaugh, 302 B.R. 90 (Bankr.D.Idaho 2003), Dickey v. Ben. Fin. (In re Dickey) 293 B.R. 360 (Bankr.M.D.Pa.2003), In re Hill, 304 B.R. 800(Bankr.S.D.Ohio  2003); In re Sadala 294 B.R. 180 (Bankr.M.D.Fla.2003), In re Fisher,289 B.R. 544 (Bankr.W.D.N.Y.2003), In re Robert,313 B.R. 545 (Bankr.N.D.N.Y.2004), In re Bennett, 312 B.R.843 (Bankr.W.D.Ky.2004).

**WHEREFORE,** Debtor prays that this Court:

1. Find that LITTON LOAN SERVICING (MOTION TO AVOID LIEN (CLAIM 2-1) is not a holder of a  lien on the Subject Property with respect to the Second Trust Deed.

2. Immediately avoid, "Strip off", cancel, expunge and/or extinguish LITTON LOAN SERVICING (MOTION TO AVOID LIEN (CLAIM 2-1) wholly unsecured claim/lien from the Subject

Property and the Clark County Recorders Record, pursuant to 11 U.S.C. Section 506(a);

3. Reclassify LITTON LOAN SERVICING (MOTION TO AVOID LIEN (CLAIM 2-1) claim as a General unsecured claim to be paid pro rata with other general unsecured creditors through the debtor's chapter 13 plan; and for

4. Such other relief the Court finds appropriate.

Dated: October 12th, 2009

TINA TODD
Debtor In Pro Se
8346 Bismark Sapphire Street
Las Vegas, Nevada 89139
(702) 773- 816- 1559

///
///
///

**TINA TODD, Debtor In Pro Se**
8346 BISMARK SAPPHIRE STREET
LAS VEGAS, NV 89139
Tel:(702)_____

**In Pro Se:**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| RE: | ) | BKS-09-27115-LBR |
| TINA TODD | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | Hearing Date: |
| | ) | Hearing Date: |

TO ALL PARTIES OF INTEREST:

I,  TINA TODD, declares that I am the debtor, In Pro Se in the above entitled case.

That I have brought the Chapter 13 case.  That I have presented the herein case in all matter.

That I do not have an attorney to represent my case and desire to move forward in an effort to Meditate, negotiate and/or modify  the Litton Loan Servicing Mortgage  and assume to debt.

I declare under penalty of perjury under the laws of the State of Nevada, that the foregoing is true.

Respectfully Submitted

_Tina Todd_ 10-12-09
**TINA TODD, In Pro Se**
8346 BISMARK SAPPHIRE STREET
LAS VEGAS, NV 89139
Tel:(702) 773-816-1559

MOTION TO COLLATERAL VALUE AND STRIPPING OFF

# Exhibit "A"

*Legal Description*

13060537-AM

# EXHIBIT "A"
Legal Description

PARCEL I:

LOT TWO HUNDRED SEVENTY-NINE (279) OF BLUE DIAMOND SPRINGS UNIT 4, A COMMON INTEREST COMMUNITY, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 112 OF PLATS, PAGE 84, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

EXCEPTING ALL MINERAL, OIL, GAS, PETROLEUM, OR OTHER HYDROCARBON SUBSTANCES AND ALL GEOTHERMAL ENERGY SOURCES, IN UNDER, OR WHICH MAY BE PRODUCED FROM THE WITHIN-DESCRIBED LAND, WHICH LIE BELOW A PLANE PARALLEL TO AND 500 FEET BELOW THE SURFACE OF THE WITHIN-DESCRIBED LAND, FOR THE PURPOSE OF PROSPECTING EXPLORATION, DEVELOPMENT, PRODUCTION, OR EXTRACTION OF SAID SUBSTANCES BY MEANS OF MINES, WELLS, OR DERRICKS, OR OTHER EQUIPMENT, PROVIDED, HOWEVER, THAT THE OWNER OF SAID SUBSTANCES SHALL HAVE NO RIGHT TO ENTER UPON THE SURFACE OF THE WITHIN-DESCRIBED LAND, NOR TO USE SAID LAND ABOVE SAID PLANE PARALLEL TO AND 500 FEET BELOW THE SURFACE OF SUCH LAND.

PARCEL II:

AN EASEMENT FOR INGRESS AND EGRESS OVER PRIVATE STREETS AND COMMON AREAS AS SHOWN AND DELINEATED ON SAID MAP.

**APN:** 177-18-212-050

# Exhibit "B"

Comps



*Prepared For:*

Tina Todd
Tina Todd
8346 Bismark Sapphire Street
Las Vegas, NV  89139

*Prepared:*
**Tuesday, September 29, 2009**

*Subject Property:*

**8346 Bismark Sapphire St**
**Las Vegas, NV  89139**
**177-18-212-050**

**Michael Franich**
Stewart Title Company
1070 Caughlin Crossing
Reno, Nevada 89519
(775) 746-1100

*THIS TITLE INFORMATION HAS BEEN FURNISHED FREE OF CHARGE BY STEWART TITLE COMPANY IN CONFORMANCE WITH THE RULES ESTABLISHED BY THE NEVADA INSURANCE COMMISSIONER, WHO URGES YOU TO SHOP FOR THE BEST SERVICE AVAILABLE AND COMPARE CHARGES AND FEES FOR TITLE INSURANCE, AND OTHER SERVICES ASSOCIATED WITH THE PURCHASE OR SALE OF A HOME. ALTHOUGH CARE HAS BEEN TAKEN IN THE PREPARATION OF THIS INFORMATION, IT IS FURNISHED AS A PUBLIC SERVICE AND STEWART TITLE COMPANY ASSUMES NO LIABILITY FOR IT'S COMPLETENESS OR ACCURACY.*

Copyright © 1995-2009 CDS Marketing, Inc.
customer Service #927

# Property Profile

### OWNER and PROPERTY

| | | | |
|---|---|---|---|
| **Owner** | : Tina Todd | | |
| **Owner Type** | : Single | | |
| **Co-Owner** | : N/A | | |
| **Phone #** | : (702) 222-9682 | | |
| **Mail Address** | : 8346 Bismark Sapphire St Las Vegas NV 89139 | | |
| **Site Address** | : 8346 Bismark Sapphire St Las Vegas NV 89139 | | |
| **Parcel** | : 177-18-212-050 | **Census** | : 29.631 |
| **School District** | : | **Tax Area** | : 635 |
| **Rng-Twn-Sec** | : 61-22-18-NW | **# Props** | : 1 |
| **Flood Map** | : N/A | **Own Occ** | : Yes |
| **Housing Tract** | : Blue Diamond Springs Unit 4 | | |
| **Lot / Block** | : L 279 B | | |
| **Legal Desc** | : BLUE DIAMOND SPRINGS UNIT 4 PLAT BOOK 112  PAGE 84  LOT 279 | | |

### TRANSFER INFORMATION

| | |
|---|---|
| **Date w/ $** | : 6/2/2006 |
| **Doc # w/ $** | : 06060204788 |
| **Price** | : $305,000 |
| **Type** | : Full Value |
| **$ Sqft** | : $179.83 |
| **Date w/o $** | : N/A |
| **Doc # w/o $** | : N/A |

### TAX and ASSESSMENT

| | |
|---|---|
| **Land** | : $10,500 |
| **Structure** | : $51,348 |
| **Total** | : $61,848 |
| **Improved** | : 8300% |
| **Tax Year** | : 2009-2010 |
| **Taxes** | : $1,765.30 |

### LOAN INFORMATION

| | |
|---|---|
| **Loan** | : $244,000 |
| **Lender** | : N/A |
| **Loan Type** | : Conventional |
| **Rate Type** | : Variable |

### PREVIOUS OWNER

| | |
|---|---|
| **Date** | : 4/1/2005 |
| **Price** | : $250,637 |
| **Name** | : Mohammad Byuiyan |

### PROPERTY CHARACTERISTICS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Land Use** | : 110 - Single Family Residence | | | | | | |
| **Zone** | : N/A | | | | | | |
| **Rooms** | : 6 | **Pool** | : No | **Yr Blt** | : 2005 | **Bldg Sqft** | : 1,696 |
| **Bedrooms** | : 3 | **Garage** | : Yes | **Stories** | : 2 | **Lot Sqft** | : 2,614 |
| **Bathrooms** | : 2.5 | **Units** | : 1 | | | **Acres** | : 0.06 |

**Stewart Title Company**
This information is believed to be accurate, but is not guaranteed.
Copyright © 1995-2009 CDS Marketing, Inc.
customer Service #927

# Tract Sales

*This report includes Single Family Residence's in tract Blue Diamond Springs Unit 4. All transactions have recorded within the last 13 months.*

## Averages

| Avg SqFt | Avg Beds | Avg Baths | Avg Loan | Avg Price | Avg $ Sqft | Avg % Sqft |
|---|---|---|---|---|---|---|
| 1,960 | 3 | 2.00 | $131,597 | $145,856 | $75 | 116% |

---

| | | | | |
|---|---|---|---|---|
| **Address:** | 8304 Transvaal Blue St Las Vegas NV 89139 | | **Date:** | 9/2/2009 |
| **APN:** | 17718212013 **Page-Grid** 61-22-18-NW | | **Price:** | $102,000 |
| **Bed:** 3.00 | **Bath:** 1.50 **Sqft:** 1,106 | **Pool:** No | **$ Sqft:** | $92.22 |
| **Acres:** 0.05 | **Lot:** 2,178 **Units:** 1 | **Built:** 2005 | **% Sqft:** | 65% |
| **Lender:** | | | **Loan:** | |
| **Buyers:** | Craig Family | **Phone:** | | |
| **Tract:** | Blue Diamond Springs Unit 4 | | | |

**1**

---

| | | | | |
|---|---|---|---|---|
| **Address:** | 8310 Kimberly Diamond St Las Vegas NV 89139 | | **Date:** | 9/2/2009 |
| **APN:** | 17718212002 **Page-Grid** 61-22-18-NW | | **Price:** | $230,000 |
| **Bed:** 4.00 | **Bath:** 3.00 **Sqft:** 2,781 | **Pool:** No | **$ Sqft:** | $82.70 |
| **Acres:** 0.1 | **Lot:** 4,356 **Units:** 1 | **Built:** 2004 | **% Sqft:** | 164% |
| **Lender:** | | | **Loan:** | |
| **Buyers:** | Wang , Qihua | **Phone:** | | |
| **Tract:** | Blue Diamond Springs Unit 4 | | | |

**2**

---

| | | | | |
|---|---|---|---|---|
| **Address:** | 8392 Bismark Sapphire St Las Vegas NV 89139 | | **Date:** | 8/6/2009 |
| **APN:** | 17718212057 **Page-Grid** 61-22-18-NW | | **Price:** | $110,000 |
| **Bed:** 3.00 | **Bath:** 2.50 **Sqft:** 1,731 | **Pool:** No | **$ Sqft:** | $63.55 |
| **Acres:** 0.06 | **Lot:** 2,614 **Units:** 1 | **Built:** 2005 | **% Sqft:** | 102% |
| **Lender:** | | | **Loan:** | |
| **Buyers:** | Bank U S National Assn Trs | **Phone:** | | |
| **Tract:** | Blue Diamond Springs Unit 4 | | | |

**3**

---

**Stewart Title Company**
**This information is believed to be accurate, but is not guaranteed.**
**Copyright © 1995-2009 CDS Marketing, Inc.**
customer Service #927

| | | | | |
|---|---|---|---|---|
| **Address:** | 8302 Kimberly Diamond St Las Vegas NV 89139 | | **Date:** | 7/31/2009 |
| **APN:** | 17718212001 | **Page-Grid** 61-22-18-NW | **Price:** | $194,000 |
| **Bed:** 4.00 | **Bath:** 3.00 | **Sqft:** 2,781 | **Pool:** No | **$ Sqft:** $69.76 |
| **Acres:** 0.11 | **Lot:** 4,792 | **Units:** 1 | **Built:** 2004 | **% Sqft:** 164% |
| **Lender:** | | | | **Loan:** |
| **Buyers:** | Miller , Shane | | **Phone:** | |
| **Tract:** | Blue Diamond Springs Unit 4 | | | **4** |

| | | | | |
|---|---|---|---|---|
| **Address:** | 8387 Transvaal Blue St Las Vegas NV 89139 | | **Date:** | 7/14/2009 |
| **APN:** | 17718212033 | **Page-Grid** 61-22-18-NW | **Price:** | $102,000 |
| **Bed:** 3.00 | **Bath:** 2.50 | **Sqft:** 1,696 | **Pool:** No | **$ Sqft:** $60.14 |
| **Acres:** 0.06 | **Lot:** 2,614 | **Units:** 1 | **Built:** 2005 | **% Sqft:** 100% |
| **Lender:** | | | | **Loan:** |
| **Buyers:** | Bank New York Trs | | **Phone:** | |
| **Tract:** | Blue Diamond Springs Unit 4 | | | **5** |

| | | | | |
|---|---|---|---|---|
| **Address:** | 8319 Kimberly Diamond St Las Vegas NV 89139 | | **Date:** | 7/14/2009 |
| **APN:** | 17718212010 | **Page-Grid** 61-22-18-NW | **Price:** | $199,000 |
| **Bed:** 4.00 | **Bath:** 2.50 | **Sqft:** 2,781 | **Pool:** No | **$ Sqft:** $71.56 |
| **Acres:** 0.1 | **Lot:** 4,356 | **Units:** 1 | **Built:** 2004 | **% Sqft:** 164% |
| **Lender:** | | | | **Loan:** |
| **Buyers:** | Vider , Avner | | **Phone:** | |
| **Tract:** | Blue Diamond Springs Unit 4 | | | **6** |

| | | | | |
|---|---|---|---|---|
| **Address:** | 4767 Pearl Bay Ct Las Vegas NV 89139 | | **Date:** | 6/4/2009 |
| **APN:** | 17718212072 | **Page-Grid** 61-22-18-NW | **Price:** | $140,000 |
| **Bed:** 3.00 | **Bath:** 2.50 | **Sqft:** 1,891 | **Pool:** No | **$ Sqft:** $74.03 |
| **Acres:** 0.06 | **Lot:** 2,614 | **Units:** 1 | **Built:** 2004 | **% Sqft:** 111% |
| **Lender:** | Bank Of America | | | **Loan:** $137,464 |
| **Buyers:** | Weber , Anthony | | **Phone:** | |
| **Tract:** | Blue Diamond Springs Unit 4 | | | **7** |

| | | | | |
|---|---|---|---|---|
| **Address:** | 8336 Transvaal Blue St Las Vegas NV 89139 | | **Date:** | 4/24/2009 |
| **APN:** | 17718212017 | **Page-Grid** 61-22-18-NW | **Price:** | $120,000 |
| **Bed:** 3.00 | **Bath:** 2.50 | **Sqft:** 1,731 | **Pool:** No | **$ Sqft:** $69.32 |
| **Acres:** 0.06 | **Lot:** 2,614 | **Units:** 1 | **Built:** 2005 | **% Sqft:** 102% |
| **Lender:** | Nevada Federal Credit Union | | | **Loan:** $117,826 |
| **Buyers:** | Jelde , Musse | | **Phone:** | |
| **Tract:** | Blue Diamond Springs Unit 4 | | | **8** |

| | | | | |
|---|---|---|---|---|
| **Address:** | 8316 Bismark Sapphire St Las Vegas NV 89139 | | **Date:** | 4/3/2009 |
| **APN:** | 17718212046 | **Page-Grid** 61-22-18-NW | **Price:** | $140,000 |
| **Bed:** 3.00 | **Bath:** 2.50 | **Sqft:** 1,731 | **Pool:** No | **$ Sqft:** $80.88 |
| **Acres:** 0.06 | **Lot:** 2,614 | **Units:** 1 | **Built:** 2005 | **% Sqft:** 102% |
| **Lender:** | Nevada Federal Credit Union | | | **Loan:** $139,500 |
| **Buyers:** | Erickson , Jason | | **Phone:** | |
| **Tract:** | Blue Diamond Springs Unit 4 | | | **9** |

**Stewart Title Company**
**This information is believed to be accurate, but is not guaranteed.**
Copyright © 1995-2009 CDS Marketing, Inc.
customer Service #927

| | | | | | |
|---|---|---|---|---|---|
| **Address:** | 4694 Ametrine Ct Las Vegas NV 89139 | | | **Date:** | 1/22/2009 |
| **APN:** | 17718212020 | **Page-Grid** 61-22-18-NW | | **Price:** | $121,560 |
| **Bed:** | 4.00 | **Bath:** 2.50 | **Sqft:** 1,375 | **Pool:** No | **$ Sqft:** $88.41 |
| **Acres:** | 0.06 | **Lot:** 2,614 | **Units:** 1 | **Built:** 2005 | **% Sqft:** 81% |
| **Lender:** | | | | | **Loan:** |
| **Buyers:** | Bank Deutsche National Tr Co Trs | | **Phone:** | | |
| **Tract:** | Blue Diamond Springs Unit 4 | | | | |

**10**

**Stewart Title Company**
This information is believed to be accurate, but is not guaranteed.
Copyright © 1995-2009 CDS Marketing, Inc.
customer Service #927

# Tract Sales

*This report includes Single Family Residence properties in tract Blue Diamond Springs Unit 4.*
*All transactions have recorded within the last 13 months.*

## Averages

| Avg SqFt | Avg Beds | Avg Baths | Avg Loan | Avg Price | Avg $ Sqft | Avg % Sqft |
|---|---|---|---|---|---|---|
| 1,960 | 3 | 2.00 | $131,597 | $145,856 | $75 | 116% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1) 8304 Transvaal Blue St | | 3.0 | 1.50 | 1,106 | 0.05 | 2005 | 9/2/09 | $102,000 | $92 | 65% |
| 2) 8310 Kimberly Diamond St | | 4.0 | 3.00 | 2,781 | 0.1 | 2004 | 9/2/09 | $230,000 | $83 | 164% |
| 3) 8392 Bismark Sapphire St | | 3.0 | 2.50 | 1,731 | 0.06 | 2005 | 8/6/09 | $110,000 | $64 | 102% |
| 4) 8302 Kimberly Diamond St | | 4.0 | 3.00 | 2,781 | 0.11 | 2004 | 7/31/09 | $194,000 | $70 | 164% |
| 5) 8387 Transvaal Blue St | | 3.0 | 2.50 | 1,696 | 0.06 | 2005 | 7/14/09 | $102,000 | $60 | 100% |
| 6) 8319 Kimberly Diamond St | | 4.0 | 2.50 | 2,781 | 0.1 | 2004 | 7/14/09 | $199,000 | $72 | 164% |
| 7) 4767 Pearl Bay Ct | | 3.0 | 2.50 | 1,891 | 0.06 | 2004 | 6/4/09 | $140,000 | $74 | 111% |
| 8) 8336 Transvaal Blue St | | 3.0 | 2.50 | 1,731 | 0.06 | 2005 | 4/24/09 | $120,000 | $69 | 102% |
| 9) 8316 Bismark Sapphire St | | 3.0 | 2.50 | 1,731 | 0.06 | 2005 | 4/3/09 | $140,000 | $81 | 102% |
| 10) 4694 Ametrine Ct | | 4.0 | 2.50 | 1,375 | 0.06 | 2005 | 1/22/09 | $121,560 | $88 | 81% |

**Stewart Title Company**
**This information is believed to be accurate, but is not guaranteed.**
Copyright © 1995-2009 CDS Marketing, Inc.
customer Service #927

# Comparable Sales

*This report includes Single Family Residence's that are between 1,442 square feet and 1,950 square feet, within a 1 mile radius of 8346 Bismark Sapphire St. All transactions have recorded within the last 13 months. We present them in proximity order, with the closest sale first.*

## Averages

| Avg SqFt | Avg Beds | Avg Baths | Avg Loan | Avg Price | Avg $ Sqft | Avg % Sqft |
|---|---|---|---|---|---|---|
| 1,688 | 3 | 2.00 | $12,121,278 | $146,681 | $87 | 100% |

---

| | | | |
|---|---|---|---|
| **Address:** | 8316 Bismark Sapphire St Las Vegas NV 89139 | **Date:** | 4/3/2009 |
| **APN:** | 177-18-212-046    **Page-Grid:** 61-22-18-NW | **Price:** | $140,000 |
| **Bed:** 3.00 **Bath:** 2.50 **Sqft:** 1,731 | **Pool:** No | **$ Sqft:** | $80.88 |
| **Acres:** 0.06 **Lot:** 2,614 **Units:** 1 | **Built:** 2005 | **% Sqft:** | 102% |
| **Lender:** Nevada Federal Credit Union | | **Loan:** | $139,500 |
| **Buyers:** Erickson , Jason | **Phone:** N/A | | |
| **Tract:** Blue Diamond Springs Unit 4 | **Distance:** 0.03 miles | | **1** |

---

| | | | |
|---|---|---|---|
| **Address:** | 4767 Pearl Bay Ct Las Vegas NV 89139 | **Date:** | 6/4/2009 |
| **APN:** | 177-18-212-072    **Page-Grid:** 61-22-18-NW | **Price:** | $140,000 |
| **Bed:** 3.00 **Bath:** 2.50 **Sqft:** 1,891 | **Pool:** No | **$ Sqft:** | $74.03 |
| **Acres:** 0.06 **Lot:** 2,614 **Units:** 1 | **Built:** 2004 | **% Sqft:** | 111% |
| **Lender:** Bank Of America | | **Loan:** | $137,464 |
| **Buyers:** Weber , Anthony | **Phone:** N/A | | |
| **Tract:** Blue Diamond Springs Unit 4 | **Distance:** 0.03 miles | | **2** |

---

| | | | |
|---|---|---|---|
| **Address:** | 8336 Transvaal Blue St Las Vegas NV 89139 | **Date:** | 4/24/2009 |
| **APN:** | 177-18-212-017    **Page-Grid:** 61-22-18-NW | **Price:** | $120,000 |
| **Bed:** 3.00 **Bath:** 2.50 **Sqft:** 1,731 | **Pool:** No | **$ Sqft:** | $69.32 |
| **Acres:** 0.06 **Lot:** 2,614 **Units:** 1 | **Built:** 2005 | **% Sqft:** | 102% |
| **Lender:** Nevada Federal Credit Union | | **Loan:** | $117,826 |
| **Buyers:** Jelde , Musse | **Phone:** N/A | | |
| **Tract:** Blue Diamond Springs Unit 4 | **Distance:** 0.03 miles | | **3** |

---

**Stewart Title Company**
This information is believed to be accurate, but is not guaranteed.
Copyright © 1995-2009 CDS Marketing, Inc.
customer Service  #927

**Address:** 8328 Golden Amber St Las Vegas NV 89139
**APN:** 177-18-211-004   **Page-Grid:** 61-22-18-NW
**Bed:** 3.00  **Bath:** 2.50  **Sqft:** 1,546  **Pool:** No
**Acres:** 0.06  **Lot:** 2,614  **Units:** 1  **Built:** 2004
**Lender:** N/A
**Buyers:** Aurora Loan Services LLC   **Phone:** N/A
**Tract:** Blue Diamond Springs Unit 2   **Distance:** 0.05 miles
**Date:** 7/28/2009
**Price:** $164,684
**$ Sqft:** $106.52
**% Sqft:** 91%
**Loan:** N/A

**4**

---

**Address:** 8387 Transvaal Blue St Las Vegas NV 89139
**APN:** 177-18-212-033   **Page-Grid:** 61-22-18-NW
**Bed:** 3.00  **Bath:** 2.50  **Sqft:** 1,696  **Pool:** No
**Acres:** 0.06  **Lot:** 2,614  **Units:** 1  **Built:** 2005
**Lender:** N/A
**Buyers:** Bank New York Trs   **Phone:** N/A
**Tract:** Blue Diamond Springs Unit 4   **Distance:** 0.05 miles
**Date:** 7/14/2009
**Price:** $102,000
**$ Sqft:** $60.14
**% Sqft:** 100%
**Loan:** N/A

**5**

---

**Address:** 8312 Golden Amber St Las Vegas NV 89139
**APN:** 177-18-211-002   **Page-Grid:** 61-22-18-NW
**Bed:** 3.00  **Bath:** 2.50  **Sqft:** 1,604  **Pool:** No
**Acres:** 0.06  **Lot:** 2,614  **Units:** 1  **Built:** 2004
**Lender:** Wells Fargo Bank
**Buyers:** Barker , Clint   **Phone:** N/A
**Tract:** Blue Diamond Springs Unit 2   **Distance:** 0.06 miles
**Date:** 5/21/2009
**Price:** $124,000
**$ Sqft:** $77.31
**% Sqft:** 95%
**Loan:** $113,553

**6**

---

**Address:** 8392 Bismark Sapphire St Las Vegas NV 89139
**APN:** 177-18-212-057   **Page-Grid:** 61-22-18-NW
**Bed:** 3.00  **Bath:** 2.50  **Sqft:** 1,731  **Pool:** No
**Acres:** 0.06  **Lot:** 2,614  **Units:** 1  **Built:** 2005
**Lender:** N/A
**Buyers:** Bank U S National Assn Trs   **Phone:** N/A
**Tract:** Blue Diamond Springs Unit 4   **Distance:** 0.06 miles
**Date:** 8/6/2009
**Price:** $110,000
**$ Sqft:** $63.55
**% Sqft:** 102%
**Loan:** N/A

**7**

---

**Address:** 8365 Golden Amber St Las Vegas NV 89139
**APN:** 177-18-211-020   **Page-Grid:** 61-22-18-NW
**Bed:** 3.00  **Bath:** 2.50  **Sqft:** 1,731  **Pool:** No
**Acres:** 0.06  **Lot:** 2,614  **Units:** 1  **Built:** 2004
**Lender:** N/A
**Buyers:** Rolev 2 LLC   **Phone:** N/A
**Tract:** Blue Diamond Springs Unit 2   **Distance:** 0.07 miles
**Date:** 9/11/2009
**Price:** $89,100
**$ Sqft:** $51.47
**% Sqft:** 102%
**Loan:** N/A

**8**

---

**Address:** 4749 Golden Shimmer Ave Las Vegas NV 89139
**APN:** 177-18-119-029   **Page-Grid:** 61-22-18-NW
**Bed:** 3.00  **Bath:** 2.50  **Sqft:** 1,546  **Pool:** No
**Acres:** 0.06  **Lot:** 2,614  **Units:** 1  **Built:** 2007
**Lender:** N/A
**Buyers:** Aurora Loan Services LLC   **Phone:** N/A
**Tract:** Blue Diamond Springs Unit 5a   **Distance:** 0.07 miles
**Date:** 6/15/2009
**Price:** $243,481
**$ Sqft:** $157.49
**% Sqft:** 91%
**Loan:** N/A

**9**

---

**Stewart Title Company**
This information is believed to be accurate, but is not guaranteed.
Copyright © 1995-2009 CDS Marketing, Inc.
customer Service #927

| | | |
|---|---|---|
| **Address:** 8390 Golden Amber St Las Vegas NV 89139 | **Date:** 12/24/2008 | |
| **APN:** 177-18-211-013 **Page-Grid:** 61-22-18-NW | **Price:** $150,000 | |
| **Bed:** 3.00 **Bath:** 2.50 **Sqft:** 1,546 **Pool:** No | **$ Sqft:** $97.02 | |
| **Acres:** 0.06 **Lot:** 2,614 **Units:** 1 **Built:** 2004 | **% Sqft:** 91% | |
| **Lender:** Taylor Bean and whit | **Loan:** $148,046 | |
| **Buyers:** Reed , Brian & Lynsey **Phone:** N/A | | |
| **Tract:** Blue Diamond Springs Unit 2 **Distance:** 0.07 miles | | **10** |

| | | |
|---|---|---|
| **Address:** 4784 W Shelbourne Ave Las Vegas NV 89139 | **Date:** 12/5/2008 | |
| **APN:** 177-18-112-011 **Page-Grid:** 61-22-18-NW | **Price:** $136,000 | |
| **Bed:** 3.00 **Bath:** 2.50 **Sqft:** 1,731 **Pool:** No | **$ Sqft:** $78.57 | |
| **Acres:** 0.08 **Lot:** 3,485 **Units:** 1 **Built:** 2005 | **% Sqft:** 102% | |
| **Lender:** N/A | **Loan:** N/A | |
| **Buyers:** Belville , Ronald & Jeanie **Phone:** N/A | | |
| **Tract:** Blue Diamond Springs Unit 2 **Distance:** 0.08 miles | | **11** |

| | | |
|---|---|---|
| **Address:** 8324 Black Opal St Las Vegas NV 89139 | **Date:** 5/14/2009 | |
| **APN:** 177-18-211-060 **Page-Grid:** 61-22-18-NW | **Price:** $150,000 | |
| **Bed:** 3.00 **Bath:** 2.50 **Sqft:** 1,891 **Pool:** No | **$ Sqft:** $79.32 | |
| **Acres:** 0.07 **Lot:** 3,049 **Units:** 1 **Built:** 2004 | **% Sqft:** 111% | |
| **Lender:** N/A | **Loan:** N/A | |
| **Buyers:** Kerrington Capital Invest LLC **Phone:** N/A | | |
| **Tract:** Blue Diamond Springs Unit 2 **Distance:** 0.08 miles | | **12** |

| | | |
|---|---|---|
| **Address:** 8396 Golden Amber St Las Vegas NV 89139 | **Date:** 6/26/2009 | |
| **APN:** 177-18-211-014 **Page-Grid:** 61-22-18-NW | **Price:** $121,000 | |
| **Bed:** 3.00 **Bath:** 2.50 **Sqft:** 1,696 **Pool:** No | **$ Sqft:** $71.34 | |
| **Acres:** 0.06 **Lot:** 2,614 **Units:** 1 **Built:** 2004 | **% Sqft:** 100% | |
| **Lender:** Metlife Home Loans | **Loan:** $90,750 | |
| **Buyers:** Pachigolla , Ravi **Phone:** N/A | | |
| **Tract:** Blue Diamond Springs Unit 2 **Distance:** 0.08 miles | | **13** |

| | | |
|---|---|---|
| **Address:** 8313 Black Opal St Las Vegas NV 89139 | **Date:** 9/16/2009 | |
| **APN:** 177-18-211-056 **Page-Grid:** 61-22-18-NW | **Price:** $245,919 | |
| **Bed:** 3.00 **Bath:** 2.50 **Sqft:** 1,891 **Pool:** No | **$ Sqft:** $130.05 | |
| **Acres:** 0.07 **Lot:** 3,049 **Units:** 1 **Built:** 2004 | **% Sqft:** 111% | |
| **Lender:** N/A | **Loan:** N/A | |
| **Buyers:** Federal National Mortgage Assn **Phone:** N/A | | |
| **Tract:** Blue Diamond Springs Unit 2 **Distance:** 0.10 miles | | **14** |

| | | |
|---|---|---|
| **Address:** 8303 Black Opal St Las Vegas NV 89139 | **Date:** 4/1/2009 | |
| **APN:** 177-18-211-057 **Page-Grid:** 61-22-18-NW | **Price:** $104,171 | |
| **Bed:** 3.00 **Bath:** 2.50 **Sqft:** 1,546 **Pool:** No | **$ Sqft:** $67.38 | |
| **Acres:** 0.06 **Lot:** 2,614 **Units:** 1 **Built:** 2004 | **% Sqft:** 91% | |
| **Lender:** N/A | **Loan:** N/A | |
| **Buyers:** King Futt`s P F M LLC **Phone:** N/A | | |
| **Tract:** Blue Diamond Springs Unit 2 **Distance:** 0.10 miles | | **15** |

| | | |
|---|---|---|
| **Address:** | 8332 Oppenheimer St Las Vegas NV 89139 | **Date:** 2/26/2009 |
| **APN:** | 177-18-211-053    **Page-Grid:** 61-22-18-NW | **Price:** $139,900 |
| **Bed:** 3.00    **Bath:** 2.50    **Sqft:** 1,546    **Pool:** No | | **$ Sqft:** $90.49 |
| **Acres:** 0.07    **Lot:** 3,049    **Units:** 1    **Built:** 2004 | | **% Sqft:** 91% |
| **Lender:** Metlife Home Loans | | **Loan:** $137,365 |
| **Buyers:** Jackson , Richard                    **Phone:** N/A | | |
| **Tract:** Blue Diamond Springs Unit 2    **Distance:** 0.11 miles | | **16** |

| | | |
|---|---|---|
| **Address:** | 8391 Pearl Beach Ct Las Vegas NV 89139 | **Date:** 7/28/2009 |
| **APN:** | 177-18-214-002    **Page-Grid:** 61-22-18-NW | **Price:** $110,000 |
| **Bed:** 2.00    **Bath:** 2.50    **Sqft:** 1,471    **Pool:** No | | **$ Sqft:** $74.78 |
| **Acres:** 0.05    **Lot:** 2,178    **Units:** 1    **Built:** 2006 | | **% Sqft:** 87% |
| **Lender:** Paramount Residential | | **Loan:** $108,007,0 |
| **Buyers:** Peterson , Charles & Yi            **Phone:** N/A | | |
| **Tract:** Island Cove                    **Distance:** 0.11 miles | | **17** |

| | | |
|---|---|---|
| **Address:** | 4607 Mission Meadow Cir Las Vegas NV 89139 | **Date:** 12/19/2008 |
| **APN:** | 177-18-219-006    **Page-Grid:** 61-22-18-NW | **Price:** $250,000 |
| **Bed:** 4.00    **Bath:** 2.50    **Sqft:** 1,864    **Pool:** No | | **$ Sqft:** $134.12 |
| **Acres:** 0.07    **Lot:** 3,049    **Units:** 1    **Built:** 2007 | | **% Sqft:** 110% |
| **Lender:** Metlife Home Loans | | **Loan:** $200,000 |
| **Buyers:** Reyes , Clarence & Rebecca        **Phone:** N/A | | |
| **Tract:** Carmel Hills Unit 4            **Distance:** 0.12 miles | | **18** |

# Comparable Sales

*This report includes Single Family Residence's that are between 1,442 square feet and 1,950 square feet, within a 1 mile radius of 8346 Bismark Sapphire St. All transactions have recorded within the last 13 months. We present them in proximity order, with the closest sale first.*

## Averages

| Avg SqFt | Avg Beds | Avg Baths | Avg Loan | Avg Price | Avg $ Sqft | Avg % Sqft |
|---|---|---|---|---|---|---|
| 1,688 | 3 | 2.00 | $12,121,278 | $146,681 | $87 | 100% |

| | Address | Bed | Bath | Sqft | Lot | Built | Date | Price | $ Sqft | % | Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) | 8316 Bismark Sapphire St | 3.0 | 2.50 | 1,731 | 0.06 | 05 | 04/03/09 | $140,000 | $81 | 102% | 0.03 |
| 2) | 4767 Pearl Bay Ct | 3.0 | 2.50 | 1,891 | 0.06 | 04 | 06/04/09 | $140,000 | $74 | 111% | 0.03 |
| 3) | 8336 Transvaal Blue St | 3.0 | 2.50 | 1,731 | 0.06 | 05 | 04/24/09 | $120,000 | $69 | 102% | 0.03 |
| 4) | 8328 Golden Amber St | 3.0 | 2.50 | 1,546 | 0.06 | 04 | 07/28/09 | $164,684 | $107 | 91% | 0.05 |
| 5) | 8387 Transvaal Blue St | 3.0 | 2.50 | 1,696 | 0.06 | 05 | 07/14/09 | $102,000 | $60 | 100% | 0.05 |
| 6) | 8312 Golden Amber St | 3.0 | 2.50 | 1,604 | 0.06 | 04 | 05/21/09 | $124,000 | $77 | 95% | 0.06 |
| 7) | 8392 Bismark Sapphire St | 3.0 | 2.50 | 1,731 | 0.06 | 05 | 08/06/09 | $110,000 | $64 | 102% | 0.06 |
| 8) | 8365 Golden Amber St | 3.0 | 2.50 | 1,731 | 0.06 | 04 | 09/11/09 | $89,100 | $51 | 102% | 0.07 |
| 9) | 4749 Golden Shimmer Ave | 3.0 | 2.50 | 1,546 | 0.06 | 07 | 06/15/09 | $243,481 | $157 | 91% | 0.07 |
| 10) | 8390 Golden Amber St | 3.0 | 2.50 | 1,546 | 0.06 | 04 | 12/24/08 | $150,000 | $97 | 91% | 0.07 |
| 11) | 4784 W Shelbourne Ave | 3.0 | 2.50 | 1,731 | 0.08 | 05 | 12/05/08 | $136,000 | $79 | 102% | 0.08 |
| 12) | 8324 Black Opal St | 3.0 | 2.50 | 1,891 | 0.07 | 04 | 05/14/09 | $150,000 | $79 | 111% | 0.08 |
| 13) | 8396 Golden Amber St | 3.0 | 2.50 | 1,696 | 0.06 | 04 | 06/26/09 | $121,000 | $71 | 100% | 0.08 |
| 14) | 8313 Black Opal St | 3.0 | 2.50 | 1,891 | 0.07 | 04 | 09/16/09 | $245,919 | $130 | 111% | 0.10 |
| 15) | 8303 Black Opal St | 3.0 | 2.50 | 1,546 | 0.06 | 04 | 04/01/09 | $104,171 | $67 | 91% | 0.10 |
| 16) | 8332 Oppenheimer St | 3.0 | 2.50 | 1,546 | 0.07 | 04 | 02/26/09 | $139,900 | $90 | 91% | 0.11 |
| 17) | 8391 Pearl Beach Ct | 2.0 | 2.50 | 1,471 | 0.05 | 06 | 07/28/09 | $110,000 | $75 | 87% | 0.11 |
| 18) | 4607 Mission Meadow Cir | 4.0 | 2.50 | 1,864 | 0.07 | 07 | 12/19/08 | $250,000 | $134 | 110% | 0.12 |

**Stewart Title Company**
**This information is believed to be accurate, but is not guaranteed.**
Copyright © 1995-2009 CDS Marketing, Inc.
customer Service #927

# Historical Profile

*This report includes Single Family Residence properties that are within a 1 mile radius of 8346 Bismark Sapphire St.*

|      | Avg Bedrooms | Avg Bathrooms | Avg Sqft | Avg Price | Avg $Sqft |
|------|------|------|------|------|------|
| 2004 | 4 | 2.45 | 1,927 | $254,139 | $137 |
| 2005 | 3 | 2.51 | 1,784 | $315,068 | $179 |
| 2006 | 4 | 2.92 | 2,541 | $449,570 | $182 |
| 2007 | 3 | 2.65 | 2,094 | $339,471 | $165 |
| 2008 | 4 | 2.67 | 2,182 | $252,920 | $117 |
| 2009 | 4 | 2.65 | 2,042 | $184,276 | $92 |



Average Sales Price



Average $ Per Square Feet

**Stewart Title Company**
This information is believed to be accurate, but is not guaranteed.
Copyright © 1995-2009 CDS Marketing, Inc.
customer Service #927

# Area Analysis

### Who's Making Loans In The Area

*This section lists the top 5 lenders providing loans for single family residences within a 1 mile radius of 8346 Bismark Sapphire St.*

| Lender | % Loans |
|---|---|
| Countrywide Home Loan | 7.76% |
| Bank Of America | 5.68% |
| Home American Mortgage | 5.35% |
| Hillsborough Corporation | 4.83% |
| Republic Mortgage | 4.78% |

### Who's Investing In The Area

*This section lists the top 5 people or companies that own more than one property within a 1 mile radius of 8346 Bismark Sapphire St.*

| Owner | # Properties |
|---|---|
| Copperhead East LLC | 90 |
| Newcastle 1 LLC | 77 |
| K B Home Nevada Inc | 54 |
| County Of Clark(aviation) | 41 |
| Tiara Summit II LLC | 30 |

### Sales Activity

*This section is a breakdown of trends over the last 3, 6 and 12 months for the 3,196 single family residences within a 1 mile radius of 8346 Bismark Sapphire St. Some of the single family residences used for this analysis may not follow the comparable sales*

|  | Last 3 Months | Last 6 Months | Last 12 Months |
|---|---|---|---|
| **Sales:** | 146 | 288 | 515 |
| **Turnover Ratio:** | 4.6% | 9.0% | 16.1% |
| **Avg Price:** | $159,892 | $171,248 | $179,895 |
| **Avg Sqft Cost:** | $88 | $91 | $94 |
| **Avg % Down:** | 2% | 9% | 10% |

**Stewart Title Company**
This information is believed to be accurate, but is not guaranteed.
Copyright © 1995-2009 CDS Marketing, Inc.
customer Service #927

# Demographic Profile

## *Population*

| People | 0-12 | 13-19 | 20-24 | 25-34 | 35-44 | 45-59 | 60-64 | 65+ |
|--------|------|-------|-------|-------|-------|-------|-------|------|
| 2,194 | 12.3% | 5.5% | 5.9% | 7.2% | 19.6% | 27.9% | 7.7% | 10.6% |

### *Families*

| Total Homes: | |
|---|---|
| Family: | 80% |
| Non-Family: | 15% |
| 1 Person: | 7% |
| Married: | 92.4% |
| Single: | 7.6% |

### *Housing*

| Tract: | 29.631 |
|---|---|
| Med Value: | $225,800 |
| Med Rentals: | $1,161 |
| Ttl Housing: | 797 |
| Owners: | 94.4% |
| Renters: | 5.6% |

### *Employment*

| Working Age: | 1,783 |
|---|---|
| Labor Force: | 60.1% |
| Military: | 0.0% |
| Employed: | 95.0% |
| Unemployed: | 5.0% |

### *Education*

| No Diploma: | 17.9% |
|---|---|
| High School Diploma: | 53.5% |
| Associate's Degree: | 8.1% |
| Bachelor's Degree: | 11.1% |
| Graduate Degree: | 9.5% |

### *Income*

**Median Household Income**
$57,316

| $0-$14,999: | 14.7% |
|---|---|
| $15,000-$24,999: | 10.5% |
| $25,000-$34,999: | 5.5% |
| $35,000-$49,999: | 9.6% |
| $50,000-$74,999: | 24.5% |
| $75,000-$99,999: | 18.1% |
| $100,000+: | 17.1% |

### *Tenure*

| | Year Built | Year Moved In |
|---|---|---|
| 90-00: | 1.7% | 17.0% |
| 95-98: | 14.5% | 39.3% |
| 90-94: | 6.4% | 13.7% |
| 80-89: | 28.9% | 17.0% |
| 70-79: | 44.3% | 11.9% |
| 69-: | 4.1% | 1.1% |

### *Employment by Industry*

| Agriculture, Forestry & Mining | Construction | Manufacturing | Transportation | Communications & Utilities |
|---|---|---|---|---|
| 0.0% | 5.9% | 3.7% | 3.9% | 4.3% |

| Wholesale/Retail | Finance, Insurance & Real Estate | Business/Repair | Personal Services | Entertainment & Recreation |
|---|---|---|---|---|
| 14.0% | 6.2% | 4.2% | 4.7% | 23.3% |

| Health Service | Educational | Other Professional Services | Public Service | |
|---|---|---|---|---|
| 11.1% | 9.8% | 4.7% | 4.0% | |

**Stewart Title Company**
This information is believed to be accurate, but is not guaranteed.
Copyright © 1995-2009 CDS Marketing, Inc.
customer Service #927

# Neighborhood Properties

**Address:** 8308 Bismark Sapphire St
**APN:** 177-18-212-045    **Bed:** 4.00    **Bath:** 2.50    **Sqft:** 1,375    **Date:** 6/12/2008    **Price:** $157,500
**Buyers:** Durivage , Kenneth

**Address:** 8316 Bismark Sapphire St
**APN:** 177-18-212-046    **Bed:** 3.00    **Bath:** 2.50    **Sqft:** 1,731    **Date:** 4/3/2009    **Price:** $140,000
**Buyers:** Erickson , Jason

**Address:** 8324 Bismark Sapphire St
**APN:** 177-18-212-047    **Bed:** 3.00    **Bath:** 2.50    **Sqft:** 1,671    **Date:** 3/7/2005    **Price:** $239,809
**Buyers:** Alviders , Rodel & Josephine

**Address:** 8330 Bismark Sapphire St
**APN:** 177-18-212-048    **Bed:** 3.00    **Bath:** 2.50    **Sqft:** 1,270    **Date:** 2/28/2005    **Price:** $218,428
**Buyers:** Norton , Christopher & Amy

**Address:** 8338 Bismark Sapphire St
**APN:** 177-18-212-049    **Bed:** 3.00    **Bath:** 2.50    **Sqft:** 1,523    **Date:** 6/20/2008    **Price:** $175,000
**Buyers:** Love , Brandon

**Address:** 8354 Bismark Sapphire St
**APN:** 177-18-212-051    **Bed:** 3.00    **Bath:** 2.50    **Sqft:** 1,731    **Date:** 3/25/2005    **Price:** $253,082
**Buyers:** Gu , De

**Address:** 8362 Bismark Sapphire St
**APN:** 177-18-212-052    **Bed:** 3.00    **Bath:** 2.50    **Sqft:** 1,731    **Date:** 3/30/2005    **Price:** $247,177
**Buyers:** Hussain , Shahid

**Address:** 8368 Bismark Sapphire St
**APN:** 177-18-212-053    **Bed:** 3.00    **Bath:** 2.50    **Sqft:** 1,731    **Date:** 4/22/2005    **Price:** $244,620
**Buyers:** Delacruz , Domingo

**Address:** 8374 Bismark Sapphire St
**APN:** 177-18-212-054    **Bed:** 3.00    **Bath:** 2.50    **Sqft:** 1,731    **Date:** 4/26/2005    **Price:** $264,372
**Buyers:** Bossman , William & Shawmei

**Address:** 8380 Bismark Sapphire St
**APN:** 177-18-212-055    **Bed:** 3.00    **Bath:** 2.50    **Sqft:** 1,696    **Date:** 4/29/2005    **Price:** $266,551
**Buyers:** Green , Sheridan

**Stewart Title Company**
This information is believed to be accurate, but is not guaranteed.
Copyright © 1995-2009 CDS Marketing, Inc.
customer Service #927

# Community Profile

*This report is for area services within a one mile radius
of 8346 Bismark Sapphire St Las Vegas NV 89139.*

## Amusement and Recreation

| | | | |
|---|---|---|---|
| Las Vegas Ice Arena | 7675 Sultana St | (702) 260-7465 | 0.4 miles |
| Schiralli & Sons Cattle Compny | 8245 Lindell Rd | (702) 896-5583 | 0.7 miles |

**Stewart Title Company**
**This information is believed to be accurate, but is not guaranteed.**
Copyright © 1995-2009 CDS Marketing, Inc.
Customer Service #927

# Exhibit "C"



**LLS** ™ **Litton** Loan Servicing

SEND PAYMENTS TO:
P.O. Box 4387
Houston, TX 77210-4387
www.littonloan.com

**BILLING STATEMENT**

| | |
|---|---|
| STATEMENT DATE | 06/12/2009 |
| LOAN NUMBER | 0041202540 |
| **CONTRACTUAL DUE DATE** | **11/01/2008** |

PROPERTY ADDRESS:  8346 Bismark Sapphire Street
Las Vegas NV 89139

94897-207607-042
TINA TODD
8346 BISMARK SAPPHIRE ST
LAS VEGAS NV  89139-7132

| | |
|---|---|
| PRINCIPAL AND INTEREST | 627.46 |
| ESCROW AMOUNT | 5.26 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL MONTHLY PAYMENT** | **632.72** |
| LATE CHARGES DUE | 522.32 |
| OTHER FEES DUE | 0.00 |

## PAYMENT OPTIONS

**Pay Online**
www.littonloan.com
Go to "Make a Payment"

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Pay By Phone**
(800) 999-8501
Press Option 3

**Western Union**
Code City:   Litton
Code State:  Texas

## LOAN INFORMATION

| | |
|---|---|
| *PRINCIPAL BALANCE | 60,351.67 |
| ESCROW BALANCE | -47.33 |
| SUSPENSE BALANCE | 0.00 |
| CURRENT INTEREST RATE | 12.0000 |

* This is not a payoff balance.

Refer to back of statement for additional information.

This in an attempt to collect your debt and any information obtained will be used for that purpose.

## TRANSACTIONS SINCE LAST STATEMENT

| TRANSACTION DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE / FEE OTHER |
|---|---|---|---|---|---|---|
| 05/16/09 | FEE ASSESSMENT | 31.37 | 0.00 | 0.00 | 0.00 | 31.37 |

## IMPORTANT MESSAGES

474-2048-1208F

# EXHIBIT "D"



# M.W. Schofield, Assessor

## REAL PROPERTY PARCEL RECORD

Click Here for a Print Friendly Version

| Assessor Map | Aerial View | Building Sketch | Ownership History |

| GENERAL INFORMATION | |
|---|---|
| **PARCEL NO.** | 177-18-212-050 |
| **OWNER** AND **MAILING ADDRESS** | TODD TINA<br><br>8346 BISMARK SAPPHIRE ST<br>LAS VEGAS NV 89139-7132 |
| **LOCATION ADDRESS**<br>**CITY/UNINCORPORATED TOWN** | 8346 BISMARK SAPPHIRE ST<br>ENTERPRISE |
| **ASSESSOR DESCRIPTION** | BLUE DIAMOND SPRINGS UNIT 4<br>PLAT BOOK 112 PAGE 84<br>LOT 279<br><br>SEC 18 TWP 22 RNG 61 |
| **RECORDED DOCUMENT NO.** | * 20060602:04788 |
| **RECORDED DATE** | 06/02/2006 |
| **VESTING** | NO STATUS |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND SUPPLEMENTAL VALUE | |
|---|---|
| **TAX DISTRICT** | 635 |
| **APPRAISAL YEAR** | 2009 |
| **FISCAL YEAR** | 09-10 |
| **SUPPLEMENTAL IMPROVEMENT VALUE** | 0 |
| **SUPPLEMENTAL IMPROVEMENT**<br>**ACCOUNT NUMBER** | N/A |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| **FISCAL YEAR** | 2008-09 | 2009-10 |
| **LAND** | 29750 | 10500 |
| **IMPROVEMENTS** | 49259 | 49834 |
| **PERSONAL PROPERTY** | 0 | 0 |
| **EXEMPT** | 0 | 0 |

| | | |
|---|---|---|
| GROSS ASSESSED (SUBTOTAL) | 79009 | 60334 |
| TAXABLE LAND+IMP (SUBTOTAL) | 225740 | 172383 |
| COMMON ELEMENT ALLOCATION | 0 | 0 |
| TOTAL ASSESSED VALUE | 79009 | 60334 |
| TOTAL TAXABLE VALUE | 225740 | 172383 |

Click here for Treasurer Information regarding real property taxes.

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 0.06 Acres |
| ORIGINAL CONST. YEAR | 2005 |
| LAST SALE PRICE MONTH/YEAR | 305000 06/06 |
| LAND USE | 1-10 RESIDENTIAL SINGLE FAMILY |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| TOTAL LIVING SQ. FT. | 1696 | CARPORT SQ. FT. | 0 | ADDN/CONV | NONE |
| 1ST FLOOR SQ. FT. | 756 | STORIES | TWO STORY | POOL | NO |
| 2ND FLOOR SQ. FT. | 940 | BEDROOMS | 3 | SPA | NO |
| BASEMENT SQ. FT. | 0 | BATHROOMS | 2 FULL 1 HALF | TYPE OF CONSTRUCTION | FRAME STUCCO |
| GARAGE SQ. FT. | 253 | FIREPLACE | 0 | ROOF TYPE | CONCRETE TILE |

| ASSESSORMAP VIEWING GUIDELINES | |
|---|---|
| MAP | 177182 |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system. |
| | If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |
| |  |

NOTE: THIS RECORD IS FOR ASSESSMENT USE ONLY. NO LIABILITY IS ASSUMED
AS TO THE ACCURACY OF THE DATA DELINEATED HEREON.

**Government Center, 500 South Grand Central Parkway, Las Vegas, Nevada 89155-1401**

-advertisement-

CLEAR for
6 months

Personalized Homepage    Saved Searches    Sign up    Sign in

 homes    HOME    NEWS & ADVICE    BLOG    MAPS    MOVING    RENTALS    HOME FINANCE    CREDIT    ABOUT OUR DATA

8346 Bismark Sapphire St, Las Vegas, NV 89139    Search options

Home

# 8346 Bismark Sapphire St, Las Vegas, NV 89139

Back to search results
Prev        Next

Estimate
## $136,451

Change over last month
## $821

Estimate Range: $122,805 – $156,918
Last Update: September 23, 2009

**MARKET FORECAST**    See how much home prices are expected to **decrease** in this Neighborhood in the coming months. **Get Full Report**

Fill out our free quick qualify form    GOODHAND

## Estimated Home Value

About...

Compared to    ☑ ZIP 89139    ☑ Las Vegas    ☑ NV
Change over 1 year    All

☑ This House    89139    Las Vegas    NV



### Neighborhood

## Las Vegas, NV 89139



© 2009 Digital Map Products

🏠 Homes for sale    🏠 Distressed Homes
🏠 Homes

Choose a topic to view as heatmap

None

### Home Equity Rates for 89139    Powered by Bankrate

| Loan Type | Today | Last Week |
|---|---|---|
| **$30K HELOC** | 5.9% | 5.9% |
| **$30K home equity loan** | 9.94% | 9.94% |
| **$75K home equity loan** | 9.69% | 9.69% |
| **$50K home equity loan** | 9.69% | 9.69% |
| **$50K HELOC** | 5.56% | 5.56% |

89139    Updated 9/24/2009

Find lenders in your area

### Credit Report    Powered by Experian

**What is this?**

Do you know what your credit score is?    ## 680

⊞ Experian

### Homeowners Insurance

Cyberhomes Insurance Services can help lower the cost of homeowners and auto insurance. See if we're right for you.

## Home Facts

| | |
|---|---|
| Estimate Range | $122,805 – $156,918 |
| Bedrooms | 3 |
| Bathrooms | 2 |
| Living Area | 1,696 Sq feet |
| Lot Size | 2,614 Sq feet |
| Type | Single Family |
| Parcel | 177-18-212-050 |
| County | Clark |
| Year Built | 2005 |
| Total Rooms | 6 |
| Heating | Forced air unit |
| Cooling | Central |
| Number of Stories | — |
| Legal Description | PLAT BOOK 112 PAGE 84 LOT 279 |

## Sales and Tax Info

| Sales History | Sales Price |
|---|---|
| 6/2/2006 | $305,000 |
| 4/4/2005 | $250,637 |

| Tax Year | Improvements + Land | Total |
|---|---|---|



| 2008 | $49,834 + $10,500 = | **$60,334** |
| 2007 | $46,647 + $52,500 = | **$99,147** |
| 2006 | $46,386 + $35,000 = | **$81,386** |

## 8346 Bismark Sapphire St, Las Vegas, NV 89139 Compared to...

**Comparable Homes**  ZIP 89139

### Median Market Price and Total Home Sales
**About...**

Change over  **1 year** · All



### Median Price by Living Area
**About...**

Change over  **1 year**  All



### Median Price per Bedroom
**About...**

Change over  **1 year** | All



Get all of the property details for 8346 Bismark Sapphire St, Las Vegas, NV 89139 right now on our "Find My Home" page. See the value of the home and house values for similar homes on the same street. You can also get important information regarding the neighborhood that includes: the quality of life, the current economic conditions, and population information. You can even see the home and the neighborhood with interactive maps. Get the property details and the house values you are looking for, and keep track of the changing housing market in your neighborhood.

Prev          Back to search results          Next

Ads by Google  Millbrae Homes  Bank Owned REO      Escrow      REO for Sale

Get a quote for insurance on 8346 Bismark Sapphire St, Las Vegas, NV 89139:

**Comparable Homes**

These are homes with characteristics similar to the home you are looking at that have been sold recently. They are important for understanding home market trends.

| This Home | Estimate: | **$136,451** |
| | Living Area | **1,696 sq. ft.** |
| | Last Sale Date: | — |
| Comparables: | Avg. Sales Price: | **$136,599** |
| | Avg. Living Area: | **1,716 sq. ft.** |

**8396 Golden Amber St**
Sold for: **$121,000** on 6/26/2009
3 br   2 ba   Living Area: **1696 sq. ft.**

**8316 Bismark Sapphire St**
Sold for: **$140,000** on 4/3/2009
3 br   2 ba   Living Area: **1731 sq. ft.**

**8336 Transvaal Blue St**
Sold for: **$120,000** on 4/24/2009
3 br   2 ba   Living Area: **1731 sq. ft.**

**4784 W Shelbourne Ave**
Sold for: **$135,000** on 12/5/2008
3 br   2 ba   Living Area: **1731 sq. ft.**

View all comparables

HGTV's FrontDoor.com



Video Courtesy of FrontDoor.com, the Real

AP Real Estate News

**Solar-hydrogen house in Florida combines new, old**



- Bank suspends dealings with ACORN housing entity
- Lawyers: Chinese drywall makers may ignore suits
- Fla. magnate's empire collapsed before shooting
- Steps to keep your home safe from fire
- English, Welsh house prices fall a bit in August
- Freddie Mac CFO to receive $5.5M pay package

**More AP Articles**


-advertisement-
CLEAR for
6 months

Personalized Homepage    Saved Searches    Sign up    Sign in

**homes**    HOME    NEWS & ADVICE    BLOG    MAPS    MOVING    RENTALS    HOME FINANCE    CREDIT    ABOUT OUR DATA

Search options

8346 Bismark Sapphire St, Las Vegas, NV 89139

Homes

### Viewing homes comparable to:
### 8346 Bismark Sapphire St, Las Vegas, NV 89139

Maps


Microsoft
Virtual Earth

**3 Bedrooms**
**2 Bathrooms**
Living area **1,696 sq ft**
Lot size **2,614 sq ft**
View Details

Estimate          Change over last month
**$136,451**     ▲ $821


Save
$120
on super fast
mobile internet.

If there is a home on this estimate you think are more like your home than the
comparables we've selected, use the check box to pick your own
comparables. Then click below to update, or you can change this process.

Choose a topic to view as heatmap
None

Showing 1 - 10 of 47 homes     Show    10    results per page

Select  All | None                        Previous | 1 2 3 4 5 | Next

| | Address | Last Sale | Lot Size | Living Area |
|---|---|---|---|---|
| ☑ | 8279 Freshwater Pearl St, Las Vegas, NV 89139 | $155,000 | 6,534 sq ft | 1,863 sq ft   3 br  2 ba |
| ☐ | 8543 Peaceful Dreams St, Las Vegas, NV 89139 | $116,000 | 3,485 sq ft | 1,909 sq ft   3 br  2 ba |
| ☐ | 8606 Peaceful Dreams St, Las Vegas, NV 89139 | $130,000 | 3,920 sq ft | 1,794 sq ft   3 br  2 ba |
| ☐ | 8551 Amber Star St, Las Vegas, NV 89139 | $117,000 | 3,049 sq ft | 1,794 sq ft   3 br  2 ba |
| ☐ | 8547 Amber Star St, Las Vegas, NV 89139 | $121,000 | 2,614 sq ft | 1,794 sq ft   3 br  2 ba |
| ☐ | 8511 Peaceful Dreams St, Las Vegas, NV 89139 | $127,000 | 3,485 sq ft | 1,909 sq ft   3 br  2 ba |
| ☐ | 8391 Pearl Beach Ct, Las Vegas, NV 89139 | $110,000 | 2,178 sq ft | 1,471 sq ft   3 br  2 ba |
| ☐ | 8279 Freshwater Pearl St, Las Vegas, NV 89139 | $155,000 | 6,534 sq ft | 1,863 sq ft   3 br  2 ba |
| ☐ | 8396 Golden Amber St, Las Vegas, NV 89139 | $121,000 | 2,614 sq ft | 1,696 sq ft   3 br  2 ba |
| ☐ | 4817 Eureka Diamond Ct, Las Vegas, NV 89139 | $150,000 | 3,485 sq ft | 1,849 sq ft   3 br  2 ba |

This Home vs. Comp Averages

| | This Home | Impact of Changes | Comp Average |
|---|---|---|---|
| Sale Price: | n.a. | -9% | $124,625 |
| Last Sale | n.a. | n.a. | 8/28/09 |
| Bedrooms: | 3 | n.a. | 3 |
| Bathrooms: | 2 | n.a. | 2 |
| Living Area (sq ft) | 1,696 | +4% | 1,779 |
| $ Per sq ft: | $80 | -13% | $70 |
| Lot Size (sq ft) | 2,614 | +9% | 3,485 |
| $ Per Lot sq ft: | $52 | -15% | $36 |
| Total Rooms | 6 | -4% | 5.88 |
| # of Stories | 2 | -5% | 1.88 |

Neighborhood

### Las Vegas, NV 89139


-advertisement-
AHS AMERICAN HOME SHIELD
CLICK HERE!
THERE'S A BETTER WAY TO KEEP
PROTECT YOUR BIGGEST INVESTMENT
AHS FOUNDED THE HOME WARRANTY INDUSTRY

Quick Links          Good Reading & Blog          All About          About Us          Cyberhomes Links
Homepage            Buying a Home              Getting Started     Company Info     Cyberhomes Affiliate Program

**TINA TODD**
8346 BISMARK SAPPHIRE STREET
LAS VEGAS, NV 89139
Tel: (702) _____

**In Pro Se:**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

|   |   |   |
|---|---|---|
| RE: | ) | BKS-09-27115-LBR |
| TINA TODD | ) | Chapter 13 |
|  | ) |  |
| Debtor, | ) | Hearing Date: |
| _____ | ) | Hearing Date: |

### CERTIFICATE OF SERVICE

1. On October 5, 2009, I served the following  documents:

   Notice and Motion to Value Collateral, "Strip Off" and
   Modify Rights of Litton Loan Services by and through,
   and/or People's Choice Home Loan, Inc.,

   Pursuant to 11 U.S.C. Section 506(a) and Section 1322.

   I served the above-mentioned documents by the following
   means to the persons as listed below.

   **MAILING LIST ATTACHED AND INCORPORATED BY REFERENCE**

[ ]  By Placing the documents in the United States mail postage
     pre-paid in full

[ ]  By Faxing to the herein mentioned Numbers, as follows:

_____
_____

   I declare under penalty of perjury under the laws of the
State of Nevada that the foregoing is true and correct.

DATED:  October 5, 2009        _Augustus Brown_ _____

MOTION TO COLLATERAL VALUE AND STRIPPING OFF

1

MAILING LIST:

2

Debtor In Pro Se:

3

**TINA TODD**
8346 BISMARK SAPPHIRE STREET

4

LAS VEGAS, NV 89139

5

6

Chapter 13 Trustee:
Rick A. Yarnall

7

701 Las Vegas Blvd., Suite 820

8

Las Vegas, Nevada 89101

9

10

People's Choice Home Loan, Inc.,
A Wyoming Corporation

11

7515 Irvine Center Dr.,
Irvine, CA 92618

12

13

**Bankruptcy Claim Presented By:**

14

Litton Loan Servicing
Attn: Authorized Agent

15

4828 Loop Central Drive
Houston, TX 77081

16

17

18

**Attorney for Litton loan servicing, L.P.:**

19

LAW OFFICES
McCALLA RAYMER, LLC

20

BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD

21

ROSWELL, GEORGIA  30076-2102

22

23

24

25

26

27

28

MOTION TO COLLATERAL VALUE AND STRIPPING OFF