RECEIVED & FILED

APR 5  2 18 PM '10

U.S. BA... ... ... COUR...
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:  TINA TODD

Case No.: 09-27115-IBR
Chapter: 7

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ___ Voluntary Petition (specify reason for amendment)
- ✓ Summary of Schedules
- ___ Statistical Summary of Certain Liabilities
- ___ Schedule A - Real Property
- ✓ Schedule B - Personal Property
- ✓ Schedule C - Property Claimed as exempt
- ✓ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
    - ✓ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
    - ___ Add/change address of already listed creditor - No fee
- ___ Schedule G - Executory Contracts and Unexpired Leases
- ___ Schedule H - CoDebtors
- ___ Schedule I - Current Income of Individual Debtor(s)
- ___ Schedule J - Current Expenditures of Individual Debtor(s)
- ___ Declaration Concerning Debtor's Schedules
- ___ Statement of Financial Affairs and/or Declaration
- ___ Chapter 7 Individual Debtor's Statement of Intention
- ___ Disclosure of Compensation of Attorney for Debtor(s)
- ___ Statement of Current Monthly Income and Means Test Calculation
- ___ Certification of Credit Counseling
- ___ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 03/15/2010     _[signature]_     NONE
                     Debtor            Joint Debtor

195068  26

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

In Re: **TINA TOOD**  
Debtor

Case No. 09-27115-ibr  
(if known)

Chapter 13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $160,000.00 | | |
| B - Personal Property | Yes | 5 | $6,890.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $270,775.33 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | $27,079.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $90,142.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,975.84 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,969.00 |
| TOTAL | | 20 | $166,890.00 | $387,997.00 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

In Re: TINA TOOD
Debtor

Case No. 09-27115-ibr
(if known)

Chapter 13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E)(whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 3,975.84 |
| Average Expenses (from Schedule J, Line 18) | 3,969.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" COLUMN | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $27,079.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column. | | |
| 4. Total from Schedule F | | $90,142.67 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $90142.67 |

Official Form 6B (12/07)

In Re: _____TINA TOOD_____          Case No. _____09-27115-ibr_____
          **Debtor**                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property". If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | | CHECKING ACCOUNT<br>SAVINGS ACCOUNT | D | 100. |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | SOUTHWEST GAS DEPOSIT<br>NEVADA ENERGY DEPOSIT | D | 250. |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings, including audio, video, and computer equipment. | D | 3000 |

Official Form 6B (12/07)

In Re: **TINA TOOD**  Case No. 09-27115-ibr
**Debtor**  (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | WEARING APPAREL | D | 900 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Official Form 6B (12/07)

In Re: _____TINA TOOD_____     Case No. _____09-27115-ibr_____
                  **Debtor**                                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| [redacted] | | [redacted] | D | 5,000.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | D | |
| 20. Contingent and noncontingent interests in real estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Official Form 6B (12/07)

In Re: _____TINA TOOD_____     Case No. _____09-27115-ibr_____
                        **Debtor**                                              (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| ~~[redacted]~~ | | ~~[redacted]~~ | D | 1,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | 2005 GRAND PRIX AUTOMOBILE | D | 2640 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Official Form 6B (12/07)

| In Re: | TINA TOOD | Case No. | 09-27115-ibr |
|---|---|---|---|
| | **Debtor** | | (if known) |

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total | $8,890.00 |

Official Form 6C (12/07)

In Re: _____TINA TOOD_____   Case No. _____09-27115-ibr_____
                    **Debtor**                                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 8346 BISMARK SAPPHIRE STREET LAS VEGAS, NV 89139 | 115.020 | 125,000.00 | 160,000.00 |
| CHECKING ACCOUNT SAVINGS ACCOUNT | 21.090(1)(aa) | 100.00 | 100. |
| SOUTHWEST GAS DEPOSIT NEVADA ENERGY DEPOSIT | 21.090(1)(r) | 250. | 250. |
| Household goods and furnishings, including audio, video, and computer equipment. | 21.090(1)(aa) | 3000 | 3000 |
| WEARING APPAREL | 21.090(1)(b) | 900 | 900 |

Official Form 6C (12/07)

In Re: _____TINA TOOD_____     Case No. _____09-27115-ibr_____
                           **Debtor**                                                                (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| FEDERAL INCOME TAX RETURN EIC PAYS<br>Nev. Rev. Stat. §§ 21.080, 21.090, 21.100. | NEV REV STAT. 21.090 (zz); 21.080; 21.100 | 5,000.00 | 5,000.00 |
| FEDERAL TAX RETURNS EIC | 21.090(1)(a) | 1,000.00 | 1,000.00 |
| 2005 GRAND PRIX AUTOMOBILE | 21.090(1)(f),(o) | 2640 | 2640 |

Official Form 6F (12/07)

| In Re: | TINA TOOD | Case No. | 09-27115-ibr |
|---|---|---|---|
| | Debtor | | (if known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 2609300800XXX<br>SHERMAN WILLIAMS EMP<br>16230 PRINCE DR<br>SOUTH HOLLAND, IL 60473-3233 | | D | 04/04<br>COLLECTION ACCOUNT<br>VIOLATES STATUTE OF LIMITATIONS | | | X | 2153. |
| Account Number: 517805246200XXXX<br>CAPITAL ONE BANK USA<br>PO BOX 30281<br>SALT LAKE, UT 84130=0281 | | D | 08/2004<br>CHARGE-OFF<br>COLLECTION ACCOUNT<br>VIOLATES STATUTE OF LIMITATIONS | | | X | 350 |
| Account Number: 2032227XXXX<br>AFNI, INC<br>404 BROCK DR<br>BLOOMINGTON, IL 61702-3097 | | D | 11/08<br>COLLECTION ACCOUNT | X | | | 1403. |
| Account Number: C2C13RES01243XXXX<br>COAST TO COAST FINANCIAL for<br>REPUBLIC SERVICES INC<br>101 HODENCAMP RD STE 120<br>SOLUTIONS<br>THOUSAND OAKS, CA 91360-5831 | | D | 06/2007  ASSIGNED<br>COLLECTION ACCOUNT | | | X | 112 |

| | | |
|---|---|---|
| | Subtotal | $4,018.00 |
| 0  continuation sheets attached | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) | $4,018.00 |

Official Form 6F (12/07)

In Re: **TINA TOOD**  Case No. 09-27115-ibr
**Debtor** (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 5530xxxx<br>DUVERA BILLING SERVICES II for<br>AARON RENTS INC<br>2701 LOKER AVE W STE 280<br>CARLSBAD, CA 92008-6639 | | D | 10/2008<br>COLLECTION ACCOUNT | | | X | 1122. |
| Account Number: 774XXXX<br>NATIONAL RECOVERY for<br>WEST BAY AQUISITIONS<br>4201 CRUMS MILL RD<br>HARRISBURG, PA 17112-2893 | | D | 11/2008<br>COLLECTION ACCOUNT | | | X | 92. |
| Account Number: 27XXX<br>CLARK COUNTY COLLECTIONS for<br>KIDZ INN6124 W. SAHARA AVE<br>LAS VEGAS, NV 89146-3051 | | D | 01/2007<br>COLLECTION ACCOUNT | | | X | 714 |
| Account Number: D224XXX<br>RICHLAND HOLDINGS INC for DESERT<br>PERINATAL ACCOCIATES<br>ACCTCORP OF SO NEV<br>4955 S. DURANGO DR<br>LAS VEGAS, NV 891130-0152 | | D | 02/2007<br>COLLECTION ACCOUNT | | | X | 5390 |
| Account Number: 1616XXXX<br>EHNANCED RECOVERY CORP for<br>SPRINT - SUITE 600<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE, FL 32256 | | D | 12/2007<br>COLLECTION ACCOUNT | | | X | 262 |
| Account Number: 177XXXX<br>HUNTER WARFIELLD, INC for<br>FIRST DEFENSE SECURITY INC<br>3111 WEST MLK JR BLVD 2ND FLOOR<br>TAMPA, FL 33607 | | D | 01/2007<br>COLLECTION ACCOUNT | | | X | 1438. |
| Account Number: 3083XXXX<br>SENTRY RECOVERY & COLLECTION for<br>HILLCREST TOWNHOMES<br>3090 S. DURANGO DR STE 100<br>LAS VEGAS, NV 89117-9192 | | D | 04/2006<br>COLLECTION ACCOUNT | | | X | 2026. |

Subtotal $11,044.00

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Official Form 6F (12/07)

| In Re: | TINA TOOD | Case No. | 09-27115-ibr |
|---|---|---|---|
| | **Debtor** | | (if known) |

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 12131XXXX<br>ALLIED COLLECTION SERVICE for<br>RADIOLOGY ASSOC NV PB<br>3080 S. DURANGO ROAD STE 208<br>LAS VEGAS, NV 89117. | | D | 02/2005<br>COLLECTION ACCOUNT | | | X | 44 |
| Account Number: 1213XXXX<br>ALLIED COLLECTION SERVICE for<br>JASON JACKSON MD<br>3080 S. DURANGO ROAD STE 208<br>LAS VEGAS, NV 89117. | | D | 01/2005<br>COLLECTION ACCOUNT<br>VIOLATES STATUTE OF LIMITATIONS | | | X | 477 |
| Account Number: 1173042063<br>AARGON AGENCY INC<br>COX COMMUNICATIONS<br>3025N W. SAHARA<br>LAS VEGAS, NV 89102 | | D | 08/2009<br>COLLECTION ACCOUNT | | | X | 380 |
| Account Number: 1238063077<br>AARGON AGENCY INC<br>MEDI DESERT SPRINGS<br>3025N W. SAHARA<br>LAS VEGAS, NV 89102 | | D | 08/2009<br>COLLECTION ACCOUNT | | | X | 1060. |
| Account Number: 3561751343561<br>QUANTUM COLLECTIONS<br>05 LAS VEGAS ATHELIC CLUB<br>3224 CIVIC CENTER<br>N. LAS VEGAS, NV 89030-4506 | | D | 07/2009 | | | X | 413 |
| Account Number: 1000114100648185<br>RICKENBACKER COLLECTIONS for<br>01 QUALITY TOWING<br>7568 MONTEREY ST<br>GILROY, CA 95020-5826 | | D | 12/2008<br>COLLECTION ACCOUNT | X | | | 2833 |
| Account Number: 771413018759...<br>GEMB/SAMS CLUB<br>PO BOX 981064<br>EL PASO, TX 79998 | | D | 07/2002<br>WRITTEN OFF | | | X | 300 |

Subtotal $5,507.00

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no. 2 of 3 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Official Form 6F (12/07)

| In Re: | TINA TOOD | | Case No. | 09-27115-ibr |
| --- | --- | --- | --- | --- |
| | **Debtor** | | | (if known) |

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Account Number: 003073280<br>GRANT & WEBER<br>ST ROSE DOMINICAN HOSP - S<br>861 CORONADO CENTER DR STE 211<br>HENDERSON, NV 89052 | | D | 01/2006<br>(4) COUR COLLECTION ACCOUNT | X | | | 3550 |
| Account Number: 4120XXXX<br>LITTON LOAN SERVICING<br>24 E. GREENWAY PLZ #712<br>HOUSTON, TX 77046-2401 | | D | 05/2006<br>2nd Mortgage<br>(stripping down) | | | X | 61,000.00 |
| Account Number:<br>FALCON CREDIT MANAGEMENT<br>damian falcone<br>8430 W. LAKE MEAD BLVD STE.106<br>LAS VEGAS, NV 89128 | | D | 02/2009<br>LOAN MODIFICATION CONSULTANT<br>ORIGINAL AMT: $2,500.00 | | | X | 500 |
| Account Number: 06C037133<br>ROBERT S. QUALEY, ESQ.<br>CYBILL L. DOTSON. ESG.<br>20 BONNEVILLE AVE<br>LAS VEGAS, NV 89101 | | D | 2006<br>JUDGMENT CREDITOR'S ATTORNEY<br>LIEN ON REAL PROPERTY ORIGINAL<br>CREDITOR UNKNOWN | | | X | 0.00 |
| Account Number: 06C037133<br>BLALOCK, ESQ, dba FREEDOM<br>FINANCIAL<br>ORIG CREDITOR UNKNOWN<br>20 BONNEVILLE AVE<br>LAS VEGAS, NV 89101 | | D | 2006<br>JUDGMENT CREDITOR ATTORNEY COLL<br>ORIGINAL CREDITOR UNKNOWN<br>LEIN ON REAL PROPERTY-SAME AS LAW<br>FIRM PARTNERS LISTED ABOVE | | | X | 2,552.00 |
| Account Number: 00163-0864<br>VILLAS AT BLUE DIAMOND SPRINGS<br>C/O TERRA WEST PROPERTY MGMT<br>PO BOX 98813<br>LAS VEGAS, NV 89139 | | D | HOA<br>DELINQUENT PAYMENTS | X | | | 1971.67 |
| Account Number: | | | | | | | |

| | | |
| --- | --- | --- |
| | Subtotal | $69,573.67 |
| | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $90,142.67 |

Sheet no. __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

\*\*SEE REVERSE SIDE\*\*

B-1008 Revised November 2003

## PROOF OF SERVICE

I, hereby certify that a copy of the Amendment was mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 4/5/2010

_____
Signature

## (SEE ATTACHED MAILING LIST)

[ ] NO CREDITOR ADDED:      ✗ ____ CREDITORS ADDED

[ ] ADDITIONAL CREDITORS LIST ADDED ATTACHED:

VILLAS AT BLUE DIAMOND SPRINGS
C/O TERRA WEST PROPERTY MGMT
PO BOX 98813
LAS VEGAS, NV 89139

/2