**Entered on Docket
August 27, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**THE HOPP LAW FIRM, LLC.**
Brittany Wood, Nevada Reg. No. 7562
Ines Olevic-Saleh, Nevada Reg. No. 11431
515 South 3rd Street
Las Vegas, NV 89101
Phone: 702-722-6271
Fax: 303-531-2154
nvbk@hopplawfirm.com
Attorneys for HSBC Bank USA, National Association, as Trustee for the Benefit of People's Financial Realty Mortgage Securities Trust, Series 2006-1, by Litton Loan Servicing, LP as Attorney in Fact

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA - LAS VEGAS**

| | |
|---|---|
| In re:<br><br>Tina Todd,<br><br>Debtor. | CASE NO. 09-27115-lbr<br><br>Chapter 7<br>Date of Hearing: August 25, 2010<br>Time of Hearing: 10:30 AM<br>Location: Foley Federal Bldg., 300 Las Vegas Blvd. S, Las Vegas, NV 89101<br>Courtroom 3 |

## ORDER TERMINATING THE AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from stay is granted with respect to the interests of Movant for the following real property: 8346 BISMARK SAPPHIRE ST LAS VEGAS NV 89139-7132 (the "Property").

Upon the lift of stay on Debtor's Property, Movant shall cause the recorded Notice of Default Election to Sell and the recorded Notice of Sale to be rescinded. Movant shall re-record a new Notice of Default and Election to Sell allowing Debtor to elect mediation under the provisions of A.B. 149 as codified in NRS 107.

Submitted by:

HOPP LAW FIRM, LLC

/s/ Brittany Wood
Brittany Wood
Attorneys for Movant

ALTERNATIVE METHOD RE: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

X       The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_       No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_       I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

\_\_\_\_       I certify that this is a Chapter 7 or 13 case, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel/or Unrepresented Debtor:
\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order

\_\_\_ waived the right to review the order and/or\_\_\_\_\_ failed to respond to the document

\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order


Other Party:_____
\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order

\_\_\_ waived the right to review the order and/or\_\_\_\_\_ failed to respond to the document

\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

###